UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CIXTO CRUZ MURILLO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DISTRICT ATTORNEY OFFICE, *et al.*,<br><br>　　　　　Defendants. | Case No. 2:22-cv-01920-JDP (PC)<br><br>ORDER DIRECTING THE CLERK OF COURT TO ASSIGN A DISTRICT JUDGE TO THIS MATTER<br><br>FINDINGS AND RECOMMENDATIONS THAT THIS MATTER BE DISMISSED FOR FAILURE TO PROSECUTE AND COMPLY WITH COURT ORDERS<br><br>ECF No. 24<br><br>OBJECTIONS DUE WITHIN FOURTEEN DAYS |

　　　　On July 13, 2023, I screened plaintiff's amended complaint and notified him that his complaint did not state cognizable claims. ECF No. 21. I granted him thirty days to file an amended complaint or an advisement indicating his intent to stand by his current complaint, subject to a recommendation that it be dismissed. Plaintiff filed a response requesting that the court return all his filings and stated that the court could dismiss this action since he was going to be paroled soon.[1] ECF No. 23. Out of an abundance of caution, I informed plaintiff that if he wanted to dismiss this action voluntarily, he must file a notice pursuant to Federal Rule of Civil

---

[1] The Clerk's Office sent plaintiff a notice stating, "All original documents filed in a case are the property of the court and shall remain part of the file." *See* ECF No. 23 docket entry.

Procedure 41(b). ECF No. 24 at 1.  In the same order, I ordered him to show cause within twenty-one days why this action should not be dismissed for not filing an amended complaint. *Id*. I warned him that failure to comply with that order would result in a recommendation that this action be dismissed. *Id.* at 2.

Instead of a filing an amended complaint or a notice to proceed on the current complaint, plaintiff filed two responses to the order to show case.  ECF Nos. 25 & 26.  Neither response is a complaint, instead, the filings contain an assortment of documents, including part of a transcript from a Tulare County Municipal Court proceeding, parole documents, healthcare services request forms, grievance appeals, and more.  Plaintiff has been provided ample opportunity to file an amended complaint or notify the court that he wishes to stand by his complaint.  He has not done so.

Accordingly, it is hereby ORDERED that the Clerk of Court shall randomly assign a District Judge to this matter.

Further, it is hereby RECOMMENDED that:

1. This action be dismissed without prejudice for failure to prosecute and failure to comply with court orders for the reasons set forth in the July 13, 2023 order.

2. The Clerk of Court be directed to close the case.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days of service of these findings and recommendations, any party may file written objections with the court and serve a copy on all parties.  Such document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Any response shall be served and filed within fourteen days of service of the objections.  The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.

Dated:   October 18, 2023

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE