UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CIXTO CRUZ MURILLO,<br><br>Plaintiff,<br><br>v.<br><br>DISTRICT ATTORNEYS' OFFICE,<br><br>Defendant. | Case No.  2:22-cv-01920-TLN-JDP<br><br>**ORDER** |

Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On December 13, 2023, the magistrate judge filed findings and recommendations herein which were served on Plaintiff, and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen days.  The time to file objections has passed, and Plaintiff did not file any objections.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

///

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed December 13, 2023 (ECF No. 31) are ADOPTED IN FULL;
2. Plaintiff's Second Amended Complaint (ECF No. 30) is DISMISSED without leave to amend; and
3. The Clerk of Court is directed to close the case.

Date: February 2, 2024

Troy L. Nunley
United States District Judge

2